CHARLES C. OEDER, PROSECUTOR, v. THE TOWNSHIP OF WEEHAWKEN.

Argued June 5, 1900—Decided November 12, 1900.

On *cerliorari* to review an ordinance of the township of Weehawken.

Before Justices DIXON, GARRISON and COLLINS.

For the prosecutor, *Charles C. Black.*

For the defendant, *Henry M. Nutzhorn.*

The opinion of the court was delivered by

GARRISON, J. This *cerliorari* brings up an ordinance passed by the township committee of the township of Wee-

hawken upon April 2d, 1900, establishing a police department and providing for its regulation, control and management and repealing all prior ordinances of a like tenor.

The case of *Bohan* v. *Weehawken, ante p.* 490, with which this case was argued, should be consulted for a full understanding of the relation of the two. Indeed, the "reasons" filed in the present case are to all appearance the same as those relied upon successfully in that case—only they do not fit the case of an *ordinance* as they do that of a resolution. Neither from these reasons, however, nor from any that have been advanced, has a shade of doubt been cast upon the right of the township committee to pass this ordinance. It is therefore affirmed, with costs.